**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:05CV486-C**

| | |
|---|---|
| **ROBERT E. WILLIAMS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HMS HOST USA, INC. AND/OR** )<br>**HMS HOST INTERNATIONAL AND/OR** )<br>**HMS HOST FAMILY RESTAURANTS,** )<br>**INC. AND/OR HOST INTERNATIONAL,** )<br>**INC., AND/OR HMS HOST CORPORATION,** )<br>)<br>**Defendants**. ) | **O R D E R** |

**THIS MATTER** is before the Court on "Motion For Pro Hac Vice" (document #8) filed January 13, 2006, in which counsel for the Defendant, Kerry A. Shad, seeks the admission of Mary Helen Medina of HMS Host Corporation to practice before this Court in the above case. For the reasons set forth herein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

**Signed: January 18, 2006**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge